**ORIGINAL**

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for

Guerrero Brothers, Inc., et al.

FILED
Clerk
District Court

AUG 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) ) Plaintiff, ) ) vs. ) ) GUERRERO BROTHERS, INC., ) et al., ) ) Defendants. ) _____ ) | CIVIL ACTION NO. 97-00011 RENEWED MOTION FOR ORDER IN AID OF JUDGMENT/ MEMORANDUM/ DECLARATIONS/NOTICE OF MOTION DATE: SEPTEMBER 15, 2005 TIME: 8:30 A.M. JUDGE: ALEX R. MUNSON |

Come now Pedro R. Deleon Guerrero and Herman R. Deleon Guerrero and renew their motion for order in aid of judgment filed August 25, 2004 on the basis that relief requested in the original motion has not been able to be secured pursuant to the order of this court entered September 23, 2004, that the parties meet and confer to secure the money held by the bonding company. This motion is made pursuant to 28 USC §3013 and 7 CMC §4201, et seq. and based upon the memorandum and declaration together with exhibits filed herewith and the files

and records of the case herein.

DATED this 9th day of August, 2005.

                DOUGLAS F. CUSHNIE
                Attorney for Guerrero Brothers, Inc.

BY *[signature]*
      DOUGLAS F. CUSHNIE

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950