# ORIGINAL



**DOUGLAS F. CUSHNIE**
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for     **Guerrero Brothers, Inc., et al.**

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING ) <br> SECRETARY OF LABOR, UNITED ) <br> STATES DEPARTMENT OF ) <br> LABOR, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> GUERRERO BROTHERS, INC., ) <br> et al., ) <br> ) <br>     Defendants. ) <br> _____) | CIVIL ACTION NO. 97-00011 <br><br><br><br><br> NOTICE OF MOTION <br><br><br> DATE: SEPTEMBER 15, 2005 <br> TIME: 8:30 A.M. <br> JUDGE: ALEX R. MUNSON |

Please take notice that Defendants' renewed motion for order in aid of

judgment shall be heard on Thursday, the 15th day of September, 2005 at the hour

of 9:00 o'clock a.m., in the above-entitled court, 1st Floor, Horiguchi Building,

Gualo Rai, Saipan, CNMI.

DATED this _9th_ day of August, 2005.

DOUGLAS F. CUSHNIE
Attorney for Defendants

BY _[signature]_
DOUGLAS F. CUSHNIE