ORIGINAL

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**DOUGLAS F. CUSHNIE**
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for  Guerrero Brothers, Inc., et al.

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>　　Plaintiff, <br><br>　　vs. <br><br>GUERRERO BROTHERS, INC., et al., <br><br>　　Defendants. | CIVIL ACTION NO. 97-00011 <br><br><br><br> CERTIFICATE OF SERVICE |

I, Lucy M. Guerrero certify that on August 12, 2005 I personally served upon the U.S. Attorney's Office copies of Defendants' renewed motion for order in aid of judgment, memorandum, declaration of counsel and notice of motion by leaving the documents with Rutha Mizutani, receptionist.

I also certify that on August 12, 2005 I sent via U.S. mail with postage prepaid, certified with return receipt requested copies of the same upon Barbara Matthews, attorney for U.S. Department of Labor, a copy of said receipt attached hereto.



DATED this 15th day of August, 2005.

_____
Lucy M. Guerrero

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Barbara A. Matthews

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark: SAN VICENTE RURAL, SAIPAN MP, AUG 2005

Name (Please Print Clearly) (To be completed by mailer)
Barbara A. Matthews, Trial Attorney
Street, Apt. No.; or PO Box No.
U.S. Dept of Labor, 71 Stevenson St., Ste 1110
City, State, ZIP+4
San Francisco, CA. 94105-2937

PS Form 3800, July 1999      See Reverse for Instructions