F I L E D
Clerk
District Court

SEP 1 5 2005

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

for the Northern Mariana Islands

By_____
(Deputy Clerk)

*******************************************************************************

CV-97-0011                                September 15, 2005
                                          8:30 a.m.


### CYNTHIA METZLER -vs- GUERRERO BROTHERS, INC.


PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Barbara Matthews, Attorney for Secretary of Labor (via telephone)
            Douglas F. Cushnie, Attorney for Defendants


PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

Plaintiff was represented via telephone by Attorney Barbara Matthews for the Secretary of Labor. Defendants were represented by Attorney Douglas Cushnie.

Court inquired about the settlement agreement that was entered into on July 31, 2001. Attorney Cushnie gave the Court a background review on what had transpired regarding the funds that were to be used to cover the settlement. Attorney Barbara Matthews also gave information to the Court regarding what happened to the money that was to be used to pay the settlement; saying that CNMI Finance Department had turned the money over to the Bonding Company inadvertently.

Court ordered that an accounting be collected from the bonding company to determine where and how the $42,000 was distributed. Further, counsel shall meet and confer as to the acceptability of the Washington state property and to apply the lien to that property only and to release the liens on the property in the CNMI.

Court set a continued hearing for September 28, 2005 at 9:00 a.m. to report back to the Court the status of the accounting from the bonding company.

                            Adjourned 9:00 a.m.

                            K. Lynn Lemieux, Courtroom Deputy