FILED
Clerk
District Court

SEP 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff.<br><br>vs.<br><br>GUERRERO BROTHERS, INC., et al.,<br><br>Defendant. | Civil Action No. 97-0011<br><br>Order Continuing Hearing |

Barbara A. Matthews
Trial Attorney
U.S. Department of Labor
71 Stevenson Street, Suite 110
San Francisco, CA 94105-2937

Douglas F. Cushnie
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

A Renewed Motion for Order in Aid of Judgment came before the Court on Thursday, September 15, 2005. By agreement of all parties, the Motion is continued to Wednesday, September 28, 2005, at 9:00 a.m.

IT IS SO ORDERED.

DATED THIS 16th day of September, 2005

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)