FILED
Clerk
District Court

SEP 28 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-97-0011                                          September 28, 2005
                                                    9:00 a.m.

### CYNTHIA METZLER -vs- GUERRERO BROTHERS, INC.

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Douglas F. Cushnie, Attorney for Guerrero Bros.
           Mikeal Schwab, Attorney for U.S. Dept. of Labor
           Timothy Moran, AUSA

PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

Government by Timothy Moran, AUSA and Mikeal Schwab from the U.S. Department of Labor. Defendants were represented by Attorney Douglas Cushnie.

Attorney Cushnie reported to the Court about the status of the settlement of the claim. Attorney Schwab also reported to the Court about the status of the disbursement of the monies in regard to the settlement.

Court continued this hearing to October 12, 2005 at 10:00 a.m. so that more information could be ascertained.

Adjourned 9:25 a.m.

K. Lynn Lemieux, Courtroom Deputy