FILED
Clerk
District Court

SEP 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR  THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| CYNTHIA METZLER, et al | ) | CIVIL NO. 97-0011 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NOTICE OF |
| | ) | CONTINUED HEARING |
| GUERRERO BROTHERS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that the hearing that was held on September 28, 2005 at 9:00 a.m., in the above captioned matter is continued to **Wednesday, October 12, 2005 at 10:00 a.m.**

DATED this 28th day of September, 2005.

_Alex R Munson_
ALEX R. MUNSON, Chief Judge