F I L E D
Clerk
District Court

OCT 11 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for   Guerrero Brothers, Inc., et al.

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>GUERRERO BROTHERS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-00011<br><br>STIPULATION AND ORDER<br><br><br>DATE: OCTOBER 12, 2005<br>TIME: 10:00 A.M.<br>JUDGE: ALEX R. MUNSON |

At the last hearing in this matter the Court expressed its desire that potential witnesses be interviewed prior to the evidentiary hearing to be held October 12, 2005 in order to make more productive the time available for hearing. Counsel for defendants has attempted, through counsel for the Public School System, to interview witnesses but has not received sufficient cooperation, thus counsel for plaintiff and defendants have decided to depose potential witnesses. Due to the logistics required depositions may only be held during the week of October 17, 2005, with October 19, 2005 as the target date, all of which necessitates continuance of the currently scheduled evidentiary hearing.

In light of the foregoing, it is hereby stipulated by and between the parties hereto through their respective counsel that the hearing on Defendants' renewed motion for order in aid of judgment, currently set for October 12, 2005 at 10:00 a.m. is hereby continued to Thursday, October 27, 2005 at 8:00 a.m.

| | |
|---|---|
| MIKEL SCHWAB<br>Assistant U.S. Attorney<br>Attorney for Plaintiff | DOUGLAS F. CUSHNIE<br>Attorney for Defendants |
| BY _____<br>MIKEL SCHWAB<br>Dated 10-11-05 | BY _____<br>DOUGLAS F. CUSHNIE<br>Dated 10/11/05 |

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950

**ORIGINAL**

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
Telephones: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for   Guerrero Brothers, Inc., et al.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>     Plaintiff, <br><br> vs. <br><br> GUERRERO BROTHERS, INC., et al., <br><br>     Defendants. | CIVIL ACTION NO. 97-00011 <br><br><br><br><br> ORDER |

Pursuant to the stipulation filed herewith,

IT IS HEREBY ORDERED that the hearing on defendants' renewed motion for order in aid of judgment currently set for October 12, 2005 at 10:00 a.m., is hereby continued to Thursday, October 27, 2005 at 8:00 a.m.

ENTERED  OCTOBER 11, 2005

RECEIVED
OCT 1 1 2005
Clerk
District Court
For The Northern Mariana Islands

_____
ALEX R. MUNSON
Judge