FILED
Clerk
District Court

OCT 20 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>GUERRERO BROTHERS, INC., et. al.,<br><br>Defendant. | Case No. CV-97-0011<br><br>ORDER |

IT IS HEREBY ORDERED that the hearing on defendants' renewed motion for order in aid of judgment currently set for October 27, 2005 at 8:00 a.m., is off calendar without prejudice. The motion will be rescheduled by the parties at a future date.

DATED this 20th day of October, 2005.

_____
ALEX R. MUNSON
Judge