**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court
JAN 17 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>        Plaintiff, <br><br>vs. <br><br>GUERRERO BROTHERS, INC., et al., <br><br>        Defendant. | Civil Action No. 97-00011 <br><br> NOTICE OF TRANSCRIPT COMPLETION |

Mr. Douglas F. Cushnie, Esq.
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

Mr. Mikel Schwab, Esq.
US Attorneys Office
Sirena Plaza
3500 108 Herman Cortez Ave
Hagatna, GU 96910

Mr. F. Matthew Smith, Esq.
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Bldg., San Jose
P.O. Box 501127
Saipan, MP 96950

Ms. Karen Klaver, Esq.
PSS Legal Counsel
Public School System
Capital Hill, Saipan, MP 96950

Ms. Christine St. Peter, Esq.
Office of the Attorney General
Capital Hill, Saipan, MP 96950

    **PLEASE TAKE NOTICE** that the **Transcripts of Deposition of Mrs. Rita H. Inos, Mr. Herman T. Guerrero, and Mrs. Virginia C. Villagomez** taken on October 19, 2005 in the above entitled and numbered action are in the custody of Lawyers' Services, 3rd Floor, Nauru Building, Susupe.

    DATED this 17th day of **January, 2006**.

_/s/ MaryAnn Calvo_
MaryAnn D. Calvo
**LAWYERS' SERVICES**
3rd Floor, Nauru Bldg., P.O. Box 501902
Saipan, MP 96950 Tel: (670) 234-COPY/235-LINK
Fax: (670) 234-0436