**ORIGINAL**

F I L E D
Clerk
District Court

MAR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for    Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, Acting Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>GUERRERO BROTHERS, et al.,  )<br><br>Defendants.  ) | Case No. CV-97-0011<br><br><br>NOTICE OF STATUS CONFERENCE |

Please take notice that a status conference in the abovementioned civil action is schedule for Thursday, April 6, 2006 at the hour of 9:30 a.m. in the above-entitled court, 1st Floor, Horiguchi Building, Gualo Rai, Saipan.

DATED this 23rd day of March, 2006.

DOUGLAS F. CUSHNIE
Attorney for Defendants

BY /s/ Douglas F. Cushnie
DOUGLAS F. CUSHNIE