FILED
Clerk
District Court

APR 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

NORMAN E. GARCIA
Attorney
U.S. Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, CA 94105-2937

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>GUERRERO BROTHERS, INC.; GUERRERO BROTHERS INC. doing business as G-BROS CONSTRUCTION; PEDRO R. GUERRERO, an individual; and HERMAN R. GUERRERO, an individual,<br><br>Defendants. | CIVIL CASE NO. 97-0011<br><br><br><br>STIPULATION AND ORDER TO LIFT LIENS ON NMI PROPERTIES |

The Court, having been informed that the parties intend to settle the case by the United States agreeing to lift its liens on the Defendant's properties in the NMI, in consideration for Defendant's promise to pay the monies owed to the United States within three hundred (300) days and Defendant's promise not to sell, or otherwise encumber, the property that is currently subject to the liens unless it will result in full payment to the United States, hereby orders that

OCT 2 6 2006

1  this Court shall maintain it's jurisdiction over the matter and set it for hearing on ___9:00 a.m.

2  The United States shall apply to the Court to reinstate liens on all of the Defendant's NMI

3  properties if there is a failure to pay the debt within the required time frame.

5  SO ORDERED this 26th day of April, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge

12  SO STIPULATED this 25th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Douglas F. Cushnie
DOUGLAS F. CUSHNIE
Attorney for the Defendant

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney

**RECEIVED**

APR 2 5 2006

Clerk
District Court
The Northern Mariana Islands

2