```
                                                              FILED
                                                              Clerk
 1  LEONARDO M. RAPADAS                                       District Court
    United States Attorney
 2  MIKEL W. SCHWAB                                           APR 26 2006
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Ave.                              For The Northern Mariana Islands
 4  Hagåtña, Guam 96910                                 By_____
    TEL: (671) 472-7332                                          (Deputy Clerk)
 5  FAX: (671) 472-7215

 6  NORMAN E. GARCIA
    Attorney
 7  U.S. DEPARTMENT OF LABOR
    Office of the Solicitor
 8  71 Stevenson Street, Suite 1110
    San Francisco, CA 94105-2937
 9
    Attorneys for the United States of America
10
                    IN THE UNITED STATES DISTRICT COURT
11
                    FOR THE NORTHERN MARIANA ISLANDS
12

13
    CYNTHIA A. METZLER, ACTING,        )    CIVIL CASE NO. 97-0011
14  SECRETARY OF LABOR, UNITED STATES  )
    STATES DEPARTMENT OF LABOR,        )
15                                     )
              Plaintiff,               )
16                                     )
         vs.                           )
17                                     )
    GUERRERO BROTHERS, INC.; GUERRERO  )    ORDER
18  BROTHERS, INC. doing business as G-BROS. )
    CONSTRUCTION; PEDRO R. GUERRERO,   )
19  an individual; and HERMAN R. GUERRERO, )
    an individual,                     )
20                                     )
              Defendants.              )
21  _____)

22
         The Court hereby ORDERS that the lien placed by the United States Department of Labor
23
    on the properties owned by Defendant, is hereby lifted.
24

25       SO ORDERED this 26th day of April, 2006.

26
                                              /s/ Alex R. Munson
27                                            ALEX R. MUNSON
                                              Judge
28
```

RECEIVED

APR 25 2006

Clerk
District Court
The Northern Mariana Islands