```
                                                         F I L E D
                                                            Clerk
                                                         District Court

 1  GUERRERO.sat3                                        SEP 2 2 2006

 2  LEONARDO M. RAPADAS
    United States Attorney                        For The Northern Mariana Islands
 3  MIKEL W. SCHWAB                               By_____
    Assistant U.S. Attorney                              (Deputy Clerk)
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam  96910-5059
    TEL: (671) 472-7332
 6  FAX: (671) 472-7215

 7  Attorneys for the United States of America

 8             IN THE UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN MARIANA ISLANDS

10  CYNTHIA A. METZLER, ACTING       )   CIVIL CASE NO. 97-0011
    SECRETARY OF LABOR, UNITED STATES)
11  DEPARTMENT OF LABOR,             )
                                     )
12               Plaintiff,          )
                                     )   SATISFACTION OF
13         vs.                       )   JUDGMENT AS TO
                                     )   HERMAN R. GUERRERO
14  GUERRERO BROTHERS, INC., GUERRERO)
    BROTHERS INC., doing business as G-BROS)
15  CONSTRUCTION, PEDRO R. GUERRERO, )
    an individual, and HERMAN R. GUERRERO,)
16  an individual,                   )
                                     )
17               Defendant.          )
    _____)
18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to

21  enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Commonwealth

22  Recorder, Saipan, MP, on **April 6, 1999**, as File number **99-888.**

23       I declare under the penalty of perjury that the foregoing is true and correct.

24       DATED this 29th day of August, 2006.

25                              LEONARDO M. RAPADAS
                                United States Attorney
26                              Districts of Guam and the NMI

27

28                       By:    /s/ Mikel W. Schwab
                                MIKEL W. SCHWAB
                                Assistant U.S. Attorney
                                mikel.schwab@usdoj.gov
```