F I L E D
Clerk
District Court

SEP 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

GUERRERO.satWA

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GUERRERO BROTHERS, INC., GUERRERO BROTHERS INC., doing business as G-BROS CONSTRUCTION, PEDRO R. GUERRERO, an individual, and HERMAN R. GUERRERO, an individual,<br><br>　　　　　Defendant. | CIVIL CASE NO. 97-0011<br><br>**SATISFACTION OF JUDGMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. A Judgment was recorded by Pierce County Recorder, Tacoma, WA, on **03/25/1999 10:27:08 AM**, as Instrument number **9903250551**.

　　　I declare under the penalty of perjury that the foregoing is true and correct.

　　　DATED this 29th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Districts of Guam and the NMI


　　　　　　　　　　　　　　By:　/s/ Mikel W. Schwab
　　　　　　　　　　　　　　　　　MIKEL W. SCHWAB
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　mikel.schwab@usdoj.gov