```
                                          F I L E D
                                             Clerk
                                          District Court

                                          SEP 2 2 2006

                                          For The Northern Mariana Islands
                                          By_____
                                                  (Deputy Clerk)
```

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND THE NMI

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **April 6, 1999**, as File number **99-887**, are hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Pedro R. Guerrero aka Pedro R. De Leon Guerrero
individually, and as Vice President and General manager of Guerrero Brothers, Inc.
dba G-Bros. Construction

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

Court Number:   CV 97-0011

Amount of Judgment:   $140,240.63

Place of filing:   NMI

WITNESS my hand at Hagåtña, Guam, on this, the 2nd day of August, 2006.

/s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov