```
                                              F I L E D
                                                 Clerk
                                              District Court

GUERRERO.sat3                                 SEP 22 2006

LEONARDO M. RAPADAS
United States Attorney                        For The Northern Mariana Islands
MIKEL W. SCHWAB                               By_____
Assistant U.S. Attorney                              (Deputy Clerk)
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215
```

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>vs.<br><br>GUERRERO BROTHERS, INC., GUERRERO BROTHERS INC., doing business as G-BROS CONSTRUCTION, PEDRO R. GUERRERO, an individual, and HERMAN R. GUERRERO, an individual,<br><br>    Defendant. | CIVIL CASE NO. 97-0011<br><br>**SATISFACTION OF JUDGMENT AS TO HERMAN R. GUERRERO** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Commonwealth Recorder, Saipan, MP, on **April 6, 1999**, as File number **99-888.**

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 29th day of August, 2006.

```
                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI


                    By:   /s/ Mikel W. Schwab
                          MIKEL W. SCHWAB
                          Assistant U.S. Attorney
                          mikel.schwab@usdoj.gov
```