LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

NORMAN E. GARCIA
Attorney
U.S. Department of Labor
Office of the Solicitor
71 Stevenson Street, Suite 1110
San Francisco, CA 94105-2937

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUERRERO BROTHERS, INC.; GUERRERO BROTHERS INC. doing business as G-BROS CONSTRUCTION; PEDRO R. GUERRERO, an individual; and HERMAN R. GUERRERO, an individual,<br><br>　　　　Defendants. | CIVIL CASE NO. 97-0011<br><br><br><br><br><br>REQUEST TO BE TAKEN OFF CALENDAR |

The United States hereby requests to have the hearing scheduled for October 26, 2006, at 9:00 a.m. taken off the calendar. A Satisfaction of Judgment has been entered on September 22, 2006, on all Defendants and all liens against the Defendants have been

//

1 lifted. The hearing was originally requested by the parties in April of 2006 in order to
2 check on the status of the case. The hearing is no longer necessary.
3     DATED this 20th day of October, 2006.

    LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

BY:  /s/ MIKEL W. SCHWAB
    MIKEL W. SCHWAB
    Assistant U.S. Attorney
    mikel.schwab@usdoj.gov