```
                                                    F I L E D
                                                       Clerk
                                                   District Court

1  LEONARDO M. RAPADAS
   United States Attorney                          OCT 2 3 2006
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney                      For The Northern Mariana Islands
3  Sirena Plaza, Suite 500                      By_____
   108 Hernan Cortez Ave.                              (Deputy Clerk)
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  NORMAN E. GARCIA
   Attorney
7  U.S. Department of Labor
   Office of the Solicitor
8  71 Stevenson Street, Suite 1110
   San Francisco, CA 94105-2937
9
   Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA A. METZLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GUERRERO BROTHERS, INC.; GUERRERO BROTHERS INC. doing business as G-BROS CONSTRUCTION; PEDRO R. GUERRERO, an individual; and HERMAN R. GUERRERO, an individual,<br><br>　　　　Defendants. | CIVIL CASE NO. 97-0011<br><br><br><br>ORDER |

IT IS ORDERED that the hearing set for October 26, 2006, at 9:00 a.m. be taken off the calendar as all liens and Satisfaction of Judgments have been filed as to all parties.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　　Judge